UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GIL,

        Plaintiff,

vs.

S. SPAULDING, et al.,

        Defendants.

No. 2:16-cv-0587 KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Armando Gil, inmate #AT-2155, a necessary and material witness in proceedings in this case on April 11, 2017, is confined in California State Prison, Corcoran, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by telephone at California State Prison, Corcoran, April 11, 2017, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. Petitioner's motion for telephone appearance (ECF No. 25) is granted.

    2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    4. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Corcoran, fax number (559) 992-4636.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Corcoran 4001 King Avenue, P.O. Box 8800 Corcoran, California 93212-8309:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 3, 2017

gil0587.841.tc

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE