IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO GIL,**<br><br>                   Plaintiff,<br><br>    v.<br><br>**S. SPALDING, et al.,**<br><br>                   Defendants. | Case No. 2:16-cv-0587 GEB KJN P<br><br>**ORDER** |

The Court, having considered Defendants Green and Spalding's motion for a thirty-day extension of time to allow Defendants to respond to Plaintiff's discovery requests, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request for an extension of time to serve their responses to Plaintiff's first set of interrogatories, requests for admission, and requests for production of documents (ECF No. 40) is granted.

2. Defendants have up to and including July 24, 2017, to serve their responses to Plaintiff's discovery requests.

Dated: June 26, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE