UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. SPAULDING, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0587 GEB KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff filed a motion for extension of time to file objections to the findings and recommendations. However, plaintiff's motion was not signed. All pro se litigants are required to sign documents submitted to the court for filing. Fed. R. Civ. P. 11(a).

However, review of the docket reflects that plaintiff's copy of the findings and recommendations was returned due to plaintiff's change of address. On January 11, 2018, plaintiff filed a notice of change of address, and the findings and recommendations were re-served on January 19, 2018.

Therefore, in the interest of judicial economy, plaintiff is granted an extension of time until March 1, 2018, in which to file his objections. Plaintiff is cautioned that his failure to sign a document in the future may result in an order striking the document. Fed. R. Civ. P. 11(a).

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 59) is partially granted; and

2. Plaintiff shall file objections to the findings and recommendations on or before March 1, 2018.

Dated: February 7, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gil0587.36